UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WOODROW FLEMING,

                       Plaintiff,

                                                                                     <u>DECISION AND ORDER</u>

                                                                                                05-CV-6252L

                       v.

DR. WURZBERGER, et al.,

                       Defendants.
_____

      On May 25, 2006, the *pro se* plaintiff in this action, Woodrow Flemming, filed a motion seeking relief under FED. R. CIV. P. 60(b) from the Court's prior entry of summary judgment (Dkt. #27) in favor of defendant Glenn Goord. Plaintiff has shown no basis for relief under Rule 60(b). His motion is therefore denied.

CONCLUSION

Plaintiff's motion for relief from judgment under Rule 60(b) (Dkt. #28) is denied.

     IT IS SO ORDERED.

                                               _____
                                                  DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
        May 26, 2006.