UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WOODROW FLEMMING,

                              Plaintiff,

         vs                                                    9:09-CV-1242

BEZALEL WURZBERGER, Psy. Dr.; TIMOTHY
KEMP, Asst. Phy. Dr.; and LOUISE TICHENOR, Med.,

                              Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

WOODROW FLEMMING
03-A-5259
Plaintiff, Pro Se
UpState Correctional Facility
PO Bo 2001
Malone, NY 12953

HON. ANDREW M. CUOMO                    MICHAEL G. McCARTIN, ESQ.
Attorney General of the                       Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Woodrow Flemming, commenced this civil rights action in May 2005, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated July 15, 2010, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that plaintiff's motions for summary judgment (Docket Nos. 52, 53) be denied without prejudice.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Baxter, the Report-Recommendation is accepted and adopted in all respects.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Plaintiff's motions for summary judgment (Docket Nos. 52, 53) are DENIED without prejudice; and

2.  The file is returned to the Magistrate Judge for any further proceedings.

IT IS SO ORDERED.

Dated:   August 12, 2010
        Utica, New York.

                                                    United States District Judge